AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>TROY WEEKS<br><br>_Defendant_ | ) Case: 1:23−mj−00003<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 1/9/2023<br>) Description: Complaint W/ Arrest Warrant<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    **TROY WEEKS**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(E) - Impeding Passage Through the Capitol Grounds or Buildings.

Date: 01/09/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.01.09 13:16:17 -05'00'

_Issuing officer's signature_

City and state:    Washington, D.C.         G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 01/09/2023, and the person was arrested on _(date)_ 01/10/2023
at _(city and state)_ Albany, NY

Date: 01/10/2023

_Arresting officer's signature_

Michael P. DiCaprio / Special Agent
_Printed name and title_