UNITED STATES DISTRICT COURT
DISTRICT COLUMBIA
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                Plaintiff,

           -against-

TROY WEEKS,

                              Defendant.

Case No. 1:23-mj-00003

**NOTICE OF APPEARANCE**

---

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

I am admitted or otherwise authorized to practice in this Court, and I appear in this case for the sole and limited purpose of moving for the *pro hac vice* admission of James C. Knox, Esq., counsel for Defendant.

DATED: January 31, 2023

Respectfully Submitted,

*/s/ Emily C. Lagan*
Emily C. Lagan
Bar Roll No. 1645159
Regan Zambri Long PLLC
1919 M Street, NW, Suite 350
Washington, DC 20035
202-349-2827
elagan@reganfirm.com